IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORI FINK, *on behalf of herself and others similarly situated*, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : CIVIL ACTION <br> : NO. 1:14-cv-00691-WCO <br> : |
| PACESETTER STEEL SERVICE, INC., STEVEN LEEBOW, and AVIVA LEEBOW, | : <br> : <br> : <br> : |
| Defendants. | : |

## **ORDER**

This case is before the court for consideration of the parties' "Joint Motion for Stipulated Judgment Approving FLSA Settlement" [8]. After reviewing the record and the parties' submissions and holding a hearing on the settlement's fairness, the court concludes that the parties' settlement is fair.

"When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The "FLSA requires judicial review of the reasonableness of counsel's legal fees to assure both

that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 F. App'x 349, 351 (11th Cir. 2009).

The court finds that the settlement agreement and corresponding release represent a fair, adequate, and reasonable compromise. The court finds that the agreement is the product of arm's length negotiations and is not tainted by collusion or an impermissible conflict of interest. The court also finds that plaintiff's requested attorney's fees and costs are reasonable.

Therefore, the court hereby **GRANTS** the parties' motion [8]; the parties' FLSA settlement is **APPROVED**. This case is hereby **DISMISSED with prejudice**. The court retains jurisdiction over this case in order to enforce the settlement agreement.

IT IS SO ORDERED, this 14th day of August, 2014.

                                                s/*William C. O'Kelley*
                                                William C. O'Kelley
                                                Senior United States District Judge